**Walter Douglas JENKINS, Petitioner–Appellant,**

**v.**

**Leslie FLEMING, Respondent–Appellee.**

**No. 16-6851**

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 21, 2016

Walter Douglas Jenkins, Appellant Pro Se.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Douglas Jenkins appeals the district court's order denying his motion to reopen the time to file an appeal pursuant to Fed. R. App. P. 4(a)(6). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny Jenkins' motion for a certificate of appealability, and affirm for the reasons stated by the district court. Jenkins v. Fleming, No. 1:16–cv–00018–CMH–TCB (E.D. Va. filed June 6, 2016; entered June 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED